■ HAROLD K. BARON, Individually and as a Copartner with Another, Appellant, v. SUFFOLK COUNTY, Respondent, et al., Defendant.— In an action to recover damages for breach of contract for the sale of real property, it is alleged that the deed conveyed less land than contracted for. The appeal is from an order denying appellant's motion for summary judgment and granting respondent's cross motion to dismiss the complaint, and from the judgment entered thereon dismissing the complaint. Order and judgment unanimously affirmed, with $10 costs and disbursements. Appellant was bound by the provision in the notice of sale that the successful purchaser would receive the usual form of county quitclaim deed which was available for inspection at the county treasurer's office, and hence, by the provision in the deed that excluded from the conveyance any portion of the premises previously acquired by the county for highway purposes. Further, in the absence of any claim of fraud, misrepresentation, or mistake, the acceptance, without objection, of the deed of less land than contracted for, barred the alleged cause of action, in any event. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.

■ MARY J. BATTERSBY, Respondent, v. CITY OF NEW YORK, Appellant.— Action to recover damages for personal injuries alleged to have been sustained when respondent slipped and fell on ice covering an outer step leading to a subway station operated by appellant. The appeal is from a judgment entered on a jury verdict in favor of respondent against appellant. Judgment reversed and a new trial granted, with costs to abide the event. The verdict is contrary to the weight of the evidence. Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ., concur.

■ BEVERLY MILK YONKERS CO., INC., et al., Respondents, v. FRED A. CONRAD, as President of Local 338, International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, A. F. L., et al., Appellants, et al., Defendants.— In an action for a permanent injunction and other relief, the appeal is from an order denying a motion to dismiss the complaint for insufficiency on its face. Order reversed, with $10 costs and disbursements, and motion granted, with leave to serve an amended complaint within 20 days after the entry of the order hereon. The present complaint fails to comply with section 241 of the Civil Practice Act. Nolan, P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ., concur. [See post, p. 894.]